UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

                                                     18-CR-897
                                                   <u>ORDER</u>

          v.

ANTHONY PALMIERI,

                    Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

      On December 5, 2019, the Court entered a Judgment in this case ordering Mr. Palmieri to surrender to the United States Marshal on or after February 3, 2020. On December 12, 2019, Defense Counsel requested that the Judgment be amended to allow Mr. Palmieri to surrender during the week of January 6, 2020.

      Accordingly, the Court amends the surrender date included in the Judgment. Mr. Palmieri is to surrender to the United States Marshal at 12 p.m. on January 8, 2020.

SO ORDERED.

Dated:    December 19, 2019
            New York, New York

                                                         Deborah A. Batts
                                                United States District Judge